```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LOUIS CLEVELAND                    :        CIVIL ACTION
                                   :
          v.                       :
                                   :
SUPERINTENDENT WAKEFIELD of        :
S.C.I.H., et al.                   :        No. 07-2821

<u>ORDER</u>

AND NOW, this 18th day of January, 2008, upon careful and independent consideration of Louis Cleveland's <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry #1), the defendants' response thereto (docket entries #4), and the Report and Recommendation of the Honorable Arnold C. Rappaport (docket entry #5), and Cleveland's objection (docket entry #6), and the Court finding that Judge Rappaport correctly analyzed the timeliness issues plaguing Cleveland's claim, it is hereby ORDERED that:

1.   The Report and Recommendation is APPROVED and ADOPTED;

2.   The petition for writ of habeas corpus is DENIED;

3.   Louis Cleveland having made no substantial showing of a denial of a constitutional right, we DECLINE to issue a certificate of appealability; and

4.   The Clerk shall CLOSE this civil action statistically.

                              BY THE COURT:

                              <u>/s/ Stewart Dalzell, J.  </u>